**Order entered March 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01223-CV

**MICHAEL MORFORD D/B/A NEMAHA WATER SERVICES, GEFFREY ARNOLD MCFALLS D/B/A NEMAHA WATER SERVICES, NEMAHA WATER SERVICES, LP, NEMAHA WATER SERVICES GP, LLC, NEMAHA WATER SERVICES OK-1702, LLC, AND NEMAHA SERVICES HOLDING COMPANY, LLC, Appellants**

**V.**

**ESPOSITO SECURITIES, LLC, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05795**

## ORDER

Before the Court is appellants' March 5, 2014 Unopposed Motion for Extension of Time to file a reply brief. We **GRANT** the motion. Appellants shall file any reply brief on or before March 20, 2015.

/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE